# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02826-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** June 8, 2011 | Deputy Clerk, Linda Kahoe |

| | |
|---|---|
| D.R. HORTON, INC. - DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation, and DR. HORTON, INC., a Delaware corporation, | Scott Warren Wilkinson |

    Plaintiffs,

v.

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation, | Laura Trask Schneider Nancy L. Pearl |

    Defendants and Third-Party Plaintiffs,

v.

AAA WATERPROOFING, INC., a Colorado Corporation,
ADMIRAL INSURANCE COMPANY, a Delaware Corporation,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York Corporation,
ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado Corporation,
C & C SEAMLESS GUTTER COMPANY, was a trade name of Williams Consolidated I Ltd., a Texas corporation,
CONCRETE MANAGEMENT CORPORATION, a Colorado Corporation,
D.A.S.H. CONCRETE, INC., a Colorado Corporation,
DOVE CREEK ENTERPRISES, INC., a Colorado Corporation,
FOSTER FRAMES, INC., a Colorado Corporation,
J & K PIPELINE, INC., a Colorado Corporation,
JORGE ROMERO, d/b/a SPECIALIST PAINT,
LEVEL MASONRY, INC., a dissolved Colorado Corporation,

MID-CENTURY INSURANCE, a California Corporation,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,
PROTO CONSTRUCTION AND PAVING, INC., a Colorado Corporation,
R. G. INSULATION CO, INC., is a trade name of G.H. & W, Incorporated, a Missouri Corporation,
TIG INSURANCE, a California Corporation,
THE COOLER COMPANY, a Colorado Corporation,
TRI-STAR DRYWALL, INC., a Colorado Corporation,
WB LANDSCAPING, INC., a dissolved Colorado Corporation, and
ZURICH SPECIALTIES LONDON, LTD., a non-incorporated re-insurer,

       Third-Party Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:03 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion for Protective Order [Doc. No. 33, filed April 8, 2011].

Ms. Schneider presents arguments.

Ms. Pearl makes statements.

Mr. Wilkinson presents arguments.

The court makes the following ruling from the bench and will not issue a written Order:

It is **ORDERED**:    The Defendants' Motion for Protective Order, doc #[33], is **GRANTED IN PART AND DENIED IN PART**.

                  The Motion for Protective Order is **DENIED** as to Request for Production No. 4. As modified, documents responsive to Request for Production No. 4, including all of its sub-parts, will be produced. Certain of the documents will be produced only after the entry of a a Protective Order entered by the court concerning confidential information.

                  The Motion for Protective Order is **GRANTED** as to Request for Production No. 5.

>   The Motion for Protective Order is **GRANTED** as to Request for Production No. 6.
>
>   The Motion for Protective Order is **GRANTED** as to Request for Production No. 7.
>
>   Costs will not be imposed.

Plaintiff's counsel discusses the Stipulated Protective Order attached to its Response to the motion, Doc #[36-5].  Defense counsel states objections.  The Court states that a Motion included within a Response violates the Local Rules.

The court encourages counsel to work together on a Stipulation for confidentiality of documents.

It is **ORDERED:**     Within **10 days from today's date**, Plaintiff shall file either a Stipulated Protective Order, or in the alternative, Plaintiff's Motion for Court Sanctioned Protective Order.  If Plaintiff's Motion for Court Sanctioned Protective Order is filed, Defendants shall file a Response within **14 days**.  No Reply is allowed.

Hearing concluded.
**Court in Recess: 12:38 a.m.**
Total In-Court Time    02:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.