**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02826-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** April 11, 2012 | Deputy Clerk, Nick Richards |
| | |
| D.R. HORTON, INC. - DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation, and D.R. HORTON, INC., a Delaware corporation, | Scott Warren Wilkinson |
| Plaintiffs, | |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation, | Laura Trask Schneider |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| AAA WATERPROOFING, INC., a Colorado Corporation, ADMIRAL INSURANCE COMPANY, a Delaware Corporation, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York Corporation, ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado Corporation, C & C SEAMLESS GUTTER COMPANY, was a trade name of Williams Consolidated I Ltd., a Texas corporation, CONCRETE MANAGEMENT CORPORATION, a Colorado Corporation, | |

    D.A.S.H. CONCRETE, INC., a Colorado Corporation,
    DOVE CREEK ENTERPRISES, INC., a Colorado Corporation,
    FOSTER FRAMES, INC., a Colorado Corporation,
    J & K PIPELINE, INC., a Colorado Corporation,
    JORGE ROMERO, d/b/a SPECIALIST PAINT,
    LEVEL MASONRY, INC., a dissolved Colorado Corporation,
    MID-CENTURY INSURANCE, a California Corporation,
    NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,
    PROTO CONSTRUCTION AND PAVING, INC., a Colorado Corporation,
    R. G. INSULATION CO, INC., is a trade name of G.H. & W, Incorporated, a Missouri Corporation,
    TIG INSURANCE, a California Corporation,
    THE COOLER COMPANY, a Colorado Corporation,
    TRI-STAR DRYWALL, INC., a Colorado Corporation,
    WB LANDSCAPING, INC., a dissolved Colorado Corporation, and
    ZURICH SPECIALTIES LONDON, LTD., a non-incorporated re-insurer,

    Third-Party Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:38 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel the Production of Withheld Portions of Travelers' Claim Files Pertaining to Plaintiffs' Claims Against Travelers' Insurance Policies [Doc. No. 221, filed February 23, 2012].

Oral argument from plaintiff's counsel.
Oral argument from defense counsel.

It is **ORDERED**: Plaintiff's Motion to Compel [221] is **GRANTED IN PART AND DENIED IN PART**. The court finds that the Traveler's companies were anticipating specific and imminent litigation, thus triggering the trial preparation protection provisions of Fed. R. Civ. P. 26, only from March 23, 2009 to present. Documents in the claims files prior to that time were prepared as part of the ordinary course of business for the insurance companies.

It is **ORDERED**. Defendant Traveler's companies shall produce complete AI claim files for the disputed period July 2006 through March 23, 2009, with the exception of documents protected by attorney-client privilege and with the exception of information about the defendants' reserves. The court finds that reserve information is not relevant pursuant to Fed. R. Civ. P. 26. Defense counsel shall produce a privilege log with respect to any document withheld or redacted pursuant to attorney-client privilege or as reserve information.

**Court in Recess: 3:18 p.m.**
Hearing concluded.
Total In-Court Time    01:40

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.