IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02826-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** May 30, 2012 | Deputy Clerk, Nick Richards |
| | |
| D.R. HORTON, INC. - DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation, and D.R. HORTON, INC., a Delaware corporation, | Scott Warren Wilkinson Patrick John Kanouff Nicole Marie Black |
|     Plaintiff, | |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation, | Laura Trask Schneider |
|     Defendants and Third-Party Plaintiffs, | |
| v. | |
| AAA WATERPROOFING, INC., a Colorado Corporation, ADMIRAL INSURANCE COMPANY, a Delaware Corporation, AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York Corporation, ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado Corporation, C & C SEAMLESS GUTTER COMPANY, was a trade name of Williams Consolidated I Ltd., a Texas corporation, CONCRETE MANAGEMENT CORPORATION, | |

a Colorado Corporation,
D.A.S.H. CONCRETE, INC., a Colorado
Corporation,
DOVE CREEK ENTERPRISES, INC., a
Colorado Corporation,
FOSTER FRAMES, INC., a Colorado
Corporation,
J & K PIPELINE, INC., a Colorado Corporation,
JORGE ROMERO, d/b/a SPECIALIST PAINT,
LEVEL MASONRY, INC., a dissolved Colorado
Corporation,
MID-CENTURY INSURANCE, a California
Corporation,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a
Pennsylvania Corporation,
PROTO CONSTRUCTION AND PAVING, INC.,
a Colorado Corporation,
R. G. INSULATION CO, INC., is a trade name of
G.H. & W, Incorporated, a Missouri Corporation,
TIG INSURANCE, a California Corporation,
THE COOLER COMPANY, a Colorado
Corporation,
TRI-STAR DRYWALL, INC., a Colorado
Corporation,
WB LANDSCAPING, INC., a dissolved Colorado
Corporation, and
ZURICH SPECIALTIES LONDON, LTD., a non-
incorporated re-insurer,

    Third-Party Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:37 p.m.**
Court calls case. Appearances of counsel. Attorneys Adam Royval, Gregg Rich, Bolor Nyamma, Rachel Morris, Colin Campbell, Cathleen Heintz, Michelle Brand, James Green, and Bruce Shibles appear for various third-party defendants.

Motion Hearing is called regarding Plaintiff's Motion for Protective Order [Doc. No. 266, filed May 10, 2012].

Oral argument from plaintiff.
Oral argument from defendant.

Statement from Bruce Shibles, counsel for Third-Party Defendant Tri-Star Drywall, Inc.

It is **ORDERED**:   Plaintiff's Motion for Protective Order [266] is **GRANTED IN PART AND DENIED IN PART**.

The motion is **GRANTED** as to topic numbers 1, 4, 9, 16, 17, 18, 19, 20, 21, and 30, and the topics will be stricken as to the 30(b)(6) deposition notice served on D.R. Horton, Inc.

The motion is **DENIED** as to topic numbers 2, 3, 11, 12, 13, 23, 26, 28, 31, and 32 and those topics are allowed. As to topic 2, the subcontractors are named as to those in the underlying action.

As to topic number 26, the dates are modified to 2001-2005, and the topic will be allowed.

Topic numbers 5, 6, 7, 10, and 25 are **GRANTED IN PART AND DENIED IN PART**. As to topic 5, the motion is denied as to the factual basis for the defenses D.R. Horton alleged in the underlying action and Traveler's may ask as to those matters. As to topic 6, Travelers may ask as to the Computation of Damages in the underlying action on February 10, 2006.

Topic 7 is limited to D.R. Horton's initial disclosures, not their discovery responses or expert disclosures.

Topic 10 is **GRANTED** as to the statement, "including YOUR decision to settle/release subcontractors." The remainder of the topic is **DENIED**. Plaintiff's representative must be prepared to discuss the nature and scope of settlement with subcontractors, the release of subcontractors' defense obligation, and the release of insurers' additional insured obligations.

Topic 25 is **DENIED** as to the knowledge of the retention of PB. The remainder of the topic is granted, as the information will be obtained through topic 12.

To the extent the motion addresses topic numbers 8, 14, 15, 24, and 27, the motion is **DENIED**. Topic 8 will be limited to subcontractors named as third-party defendants by D.R. Horton in the underlying action.

        Topic 29 is **GRANTED** to the extent the motion addressed it.

        To the extent the motion addresses it, topic 22 is **DENIED IN PART**. Questioning about the facts underlying what the company knows about the nature and scope of the claims is allowable.

**Court in Recess: 4:42 p.m.**
Hearing concluded.
Total In-Court Time    03:05

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.