## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02826-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** September 7, 2012 | Deputy Clerk, Nick Richards |
| | |
| D.R. HORTON, INC. - DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation, and D.R. HORTON, INC., a Delaware corporation, | Scott Warren Wilkinson Nicole Marie Black |
|   Plaintiffs, | |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation, | Laura Trask Schneider |
|   Defendants and Third-Party Plaintiffs, | |

AAA WATERPROOFING, INC., a Colorado Corporation,
ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado Corporation,
C & C SEAMLESS GUTTER COMPANY, was a trade name of Williams Consolidated I Ltd., a Texas corporation,
CONCRETE MANAGEMENT CORPORATION, a Colorado Corporation,
D.A.S.H. CONCRETE, INC., a Colorado Corporation,
DOVE CREEK ENTERPRISES, INC., a Colorado Corporation,
FOSTER FRAMES, INC., a Colorado Corporation,
J & K PIPELINE, INC., a Colorado Corporation,

JORGE ROMERO, d/b/a SPECIALIST PAINT,
LEVEL MASONRY, INC., a dissolved Colorado
Corporation,
MID-CENTURY INSURANCE, a California
Corporation,
PROTO CONSTRUCTION AND PAVING, INC.,
a Colorado Corporation,
R. G. INSULATION CO, INC., is a trade name of
G.H. & W, Incorporated, a Missouri Corporation,
TIG INSURANCE, a California Corporation,
THE COOLER COMPANY, a Colorado
Corporation,
WB LANDSCAPING, INC., a dissolved Colorado
Corporation, and
ZURICH SPECIALTIES LONDON, LTD., a non-incorporated re-insurer,

      Third Party Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:03 a.m.**
Court calls case.  Appearances of counsel. Rachel Morris, Ben Tracy, and Michael Paul present observing on behalf of third party defendants.

Motion Hearing called regarding Travelers Defendants' Motion to Compel [Doc. No. 326, filed August 10, 2012].

It is **ORDERED**:    Defendants' Motion to Compel [326] is **DENIED** except as noted below.  Plaintiff's counsel has made the proper showing under Fed. R. Civ. P. 26(c) that responses to the discovery at is creates an undue burden and expense as to D.R. Horton and D.R. Horton will not be required to respond further to defendant's Request for Production of Documents Nos. 3, 4, 5, 11, 13, and 18.

    Should any policy issued directly to D.R. Horton and providing the same level of coverage as the Admiral Insurance Company policy (i.e. first level excess carrier) <u>or lower</u>, D.R. Horton shall answer and provide the same to Travelers defendants. Counsel shall provide an answer under oath as to this inquiry on or before September 14, 2012.

It is **ORDERED**:    Due to D.R. Horton's representations during this hearing that they do not object, the time within which Travelers may issue a document subpoena to non-party Admiral Insurance Company is extended a time sufficient to allow Admiral to respond on or before November 2, 2012.

Upon receipt of documents from Admiral, the Travelers Defendants shall mark all documents as "CONFIDENTIAL" and produce them to plaintiff's counsel within one week of Travelers receipt. Plaintiff's counsel shall produce a privilege log to defendant Travelers noting any confidentiality concerns within one week of receipt of documents. The Travelers Defendant's shall have one week to produce documents, minus documents listed on Plaintiff's privilege log, to all the third party defendants.

Rachel Morris, counsel for third-party defendant Jorge Romero d/b/a Specialist Paint, addresses the court regarding defense counsel's request for subpoenas of third-party defendants.

It is **ORDERED**:    Defendant's Request for Subpoena issued to Third-Party Defendants is **DENIED** without prejudice. Counsel are not present for a majority of third-party defendants and the request should be filed as a motion as to allow all parties to respond should such a motion be filed.

**Court in Recess: 12:04 p.m.**
Hearing concluded.
Total In-Court Time     02:01

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.