**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02826-WJM-KMT

D.R. HORTON, INC.-DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation, and
D.R. HORTON, INC., a Delaware corporation,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and
CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,

    Defendants/Third-Party Plaintiffs,

v.

AAA WATERPROOFING, INC., a Colorado Corporation,
ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado Corporation,
CONCRETE MANAGEMENT CORPORATION, a Colorado Corporation,
COURMEG LANDSCAPING DESIGN, LLC, a Colorado Limited Liability Company,
D.A.S.H. CONCRETE, INC., a Colorado Corporation,
DOVE CREEK ENTERPRISES, INC., a Colorado Corporation,
FOSTER FRAMES, INC., a Colorado Corporation,
J & K PIPELINE, INC., a Colorado Corporation,
JORGE ROMERO, d/b/a SPECIALIST PAINT,
LEVEL MASONRY, INC., a dissolved Colorado Corporation,
MID-CENTURY INSURANCE, a California Corporation,
PROTO CONSTRUCTION AND PAVING, INC., a Colorado Corporation,
R.G. INSULATION CO., INC., is a trade name of G.H. & W, Incorporated, a Missouri Corporation,
TIG INSURANCE, a California Corporation,
THE COOLER COMPANY, a Colorado Corporation, and
ZURICH SPECIALTIES LONDON, LTD., a non-incorporated re-insurer,

    Third-Party Defendants.

**ORDER GRANTING STIPULATED MOTION TO DISMISS CROSSCLAIMS ASSERTED BY THIRD-PARTY DEFENDANT ARK CONSTRUCTION SERVICES**

This matter is before the Court on the Stipulated Motion to Dismiss all Crossclaims Asserted by Third-Party Defendant Ark Construction Services, Inc., filed October 12, 2012 (ECF No. 387).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss all Crossclaims Asserted by Third-Party Defendant Ark Constructions Services, Inc., is GRANTED.  The crossclaims pled by Ark Construction Services, Inc. (ECF No. 83) are DISMISSED WITHOUT PREJUDICE.

Dated this 12th day of October, 2012.

BY THE COURT:

William J. Martínez
United States District Judge

2