**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02826-WJM-KMT

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and
CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,

    Third-Party Plaintiffs,

v.

AAA WATERPROOFING, INC., a Colorado corporation,
ARK CONSTRUCTION SERVICES, INC., a dissolved Colorado corporation,
CONCRETE MANAGEMENT CORPORATION, a Colorado corporation,
COURMEG LANDSCAPING DESIGN, LLC, a Colorado Limited Liability Company,
D.A.S.H. CONCRETE, INC., a Colorado corporation,
DOVE CREEK ENTERPRISES, INC., a Colorado corporation,
FOSTER FRAMES, INC., a Colorado corporation,
J & K PIPELINE, INC., a Colorado corporation,
JORGE ROMERO, d/b/a SPECIALIST PAINT,
LEVEL MASONRY, INC., a dissolved Colorado corporation,
MID-CENTURY INSURANCE, a California corporation,
PROTO CONSTRUCTION AND PAVING, INC., a Colorado corporation,
R.G. INSULATION CO., INC., a trade name of G.H. & W, Incorporated, a Missouri corporation,
TIG INSURANCE, a California corporation, and
ZURICH SPECIALTIES LONDON, LTD., a non-incorporated re-insurer,

    Third-Party Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO ALLOW ATTORNEY FOR LEVEL MASONRY TO EXECUTE SETTLEMENT AGREEMENT AND BIND THIRD-PARTY DEFENDANT LEVEL MASONRY TO CONFIDENTIALITY AGREEMENT**

---

This matter is before the Court on the parties' Stipulated Motion to Allow Attorney for Level Masonry to Execute Settlement Agreement and Bind Third-Party Defendant Level Masonry to Confidentiality Agreement, filed March 14, 2014 (ECF No. 471) The

Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED;

2. Colin Campbell, as the duly authorized counsel for Level Masonry, Inc., shall execute the *Confidential Mutual Full and Final Settlement Agreement and Release* ("Level SAR") on behalf of Level Masonry, Inc., which shall bind Level Masonry, Inc., to the confidentiality provisions set forth in the Level SAR; and

3. Colin Campbell, as counsel for Level Masonry, Inc., shall not distribute the Level SAR to Level Masonry, Inc. until a representative from Level Masonry Inc. has fully executed the Level SAR and the Level SAR has been forwarded on to counsel for Travelers.

Dated this 14th day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge