**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02826-WJM-KMT

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and
CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,

    Third-Party Plaintiffs,

v.

CONCRETE MANAGEMENT CORPORATION, a Colorado corporation,
COURMEG LANDSCAPING DESIGN, LLC, a Colorado Limited Liability Company,
D.A.S.H. CONCRETE, INC., a Colorado corporation,
DOVE CREEK ENTERPRISES, INC., a Colorado corporation,
LEVEL MASONRY, INC., a dissolved Colorado corporation,
PROTO CONSTRUCTION AND PAVING, INC., a Colorado corporation,
TIG INSURANCE, a California corporation, and
THE COOLER COMPANY, a Colorado Corporation;

    Third-Party Defendants.

**ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE**

On February 19, 2014 all remaining Parties to this action filed with the Court a Notice of Settlement (ECF No. 466) (the "Notice"). In said Notice, all Parties represented to the Court as follows:

    1.    The Third-Party Plaintiffs have reached a settlement with each of the Third-Party Defendants;

    2.    A meeting of the minds has been reached as to all material terms of the settlements between the Third-Party Plaintiffs and each of the Third-Party Defendants; and

   3. Said Settlements fully and finally resolve all remaining claims in this action.

  In reliance on the Parties' representations to the Court contained in the Notice, it is hereby ORDERED that this case be and is DISMISSED WITH PREJUDICE in its entirety. Each party shall pay its own attorney's fees and costs.

  Dated this 27th day of March, 2014.

             BY THE COURT:

             _____
             William J. Martínez
             United States District Judge